IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

EASTERN IOWA PLASTICS, INC.,

   Plaintiff,

vs.

PI, INC.,

   Defendant.

No. C12-2088 EJM

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT:** This action came on for decision before the court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in accordance with the attached.

Approved as to form:

*Edward J. McManus* (signature)
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT

Dated: July 2, 2015


Dated: _____July 2, 2015_____

      ROBERT L. PHELPS
      Clerk

      *Sarah K Melvin* (signature)
      (By) Clerk